

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 06 2017
Chief Judge Ruben Castillo
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SUSAN NEDZA, M.D., | ) ) ) |
| Plaintiff, | ) No. 15 C 6937 ) |
| v. | ) Chief Judge Castillo ) |
| AIM SPECIALTY HEALTH, *et al.*, | ) **Filed *In Camera* and Under Seal** ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the court of its decision not to intervene in this action.

Although the United States declines to intervene, we refer the court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the court be sent to the government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and

-2-

to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the government requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

In addition, relator has informed the government that she intends to file an amended complaint in the next 60 days and will be seeking an extension of the seal period for that purpose.

                                                          Respectfully submitted,

                                                           CHAD READLER
Acting Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

By: /s/ Prashant Kolluri
PRASHANT KOLLURI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9085
prashant.kolluri@usdoj.gov

MICHAEL D. GRANSTON
DANIEL ANDERSON
GREGORY A. MASON
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington D.C. 20044
Telephone: (202) 514-9472

Dated: October 6, 2017