

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, *ex rel.*, Susan Nedza, M.D., <br> Plaintiffs <br><br> v. <br><br> AIM Specialty Health, *et al.* <br> Defendants | ) ) ) ) ) ) ) ) ) ) | Case No: 15 C 6937 <br><br> Judge: Ruben Castillo |

## ORDER

The United States of America has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B). Therefore, the Clerk of Court is directed to unseal the complaint, this Order, the attached Order, and the United States' Notice of Election to Decline Intervention. All other contents in the Court's file will remain under seal until further court order. The seal is also lifted as to all other matters occurring in this action after the date of this Order. The Clerk of Court is directed to statistically terminate this action and re-open at such time as it has been reassigned to another district judge.

Date:   October 6, 2017                           /s/ Chief Judge Ruben Castillo