## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Susan Nedza, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:15−cv−06937
                                                        Honorable Jorge L. Alonso

AIM Specialty Health, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 13, 2017:


MINUTE entry before the Honorable Jorge L. Alonso: This case has been reassigned to the calendar of Judge Jorge L. Alonso. Initial status hearing set for 11/30/17 at 9:30 a.m. Notices mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.