AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UNITED STATES, EX REL. DR. SUSAN NEDZA,

CASE NUMBER: 15-CV-6937

V.

ASSIGNED JUDGE: JORGE L. ALONSO

AMERICAN IMAGING MANAGEMENT, INC., ET AL.

DESIGNATED MAGISTRATE JUDGE: SUSAN E. COX

TO: (Name and address of Defendant)

Regence Blue Cross Blue Shield of Oregon
c/o Corporation Service Company, Registered Agent
300 Deschutes Way SW Suite 304
Tumwater, WA 98501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Piers, mpiers@hsplegal.com; Juliet Berger-White, jberger-white@hsplegal.com; Charlie Wysong, cwysong@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312.580.0100

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



December 21, 2017

DATE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

United States, Ex Rel. Dr. Susan Nedza
                    Plaintiff(s),
VS.

American Imaging Mangaement, Inc., et al.
                  Defendant(s),

Case No.:15-CV-6937

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

*.244828

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 12/26/2017 at 2:46 PM at the address of 300 Deschutes Way SW, #304, Tumwater, within Thurston County, WA, the undersigned duly served the following document(s): Summons in a Civil Case; First Amended Complaint in the above entitled action upon Regence Blue Cross Blue Shield of Oregon, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Caroline Little, Customer Service Associate for Corporation Service Company, Registered Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Race: White | Age: 40 | Height: 5' 7" | Weight: 140 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 1/2/2018
TOTAL: $ 85.00



M. Wood
Registered Process Server
License#: 17-3 - Expiration Date: 8/1/2018
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 28th day of December, 2017

Peter A. Valente, Notary Public
My Commission expires on: 6/7/2020