U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: United States ex rel. Nezda v. American Imaging Mgt., et al.

Case Number: 15-cv-06937

An appearance is hereby filed by the undersigned as attorney for:
Health First Health Plans, Inc.

Attorney name (type or print): Danielle Vrabie

Firm: Sheppard Mullin Richter & Hampton LLP

Street address: 30 Rockefeller Plaza

City/State/Zip: New York, New York 10112

Bar ID Number: 4778759
(See item 3 in instructions)

Telephone Number: (212) 634-3081

Email Address: dvrabie@sheppardmullin.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 11, 2018

Attorney signature: S/ Danielle Vrabie
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015