IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SUSAN NEDZA, M.D.<br><br>                        Plaintiff/Relator,<br><br>   v.<br><br>AMERICAN IMAGING MANAGEMENT, INC. et al.,<br><br>                        Defendants. | Case No. 2015 cv 06937<br><br>The Honorable Jorge L. Alonso |

## NOTICE OF MOTION

To:    All Counsel of Record

PLEASE TAKE NOTICE that on the 14th day of March, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jorge Alonso or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1219 of the U.S. District Court for the Northern District of Illinois, and move the Court pursuant to the attached: *Unopposed Motion for a One-Day Extension of Time to Answer or Otherwise Plead to Plaintiff's Second Amended Complaint*, a copy of which is hereby served on the above parties.

Respectfully submitted,

**MODA HEALTH PLAN, INC.**

By: /s/ David M. Goldhaber
      One of its attorneys

David M. Goldhaber
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
312.704.0550
312.704.1522 (facsimile)
David.Goldhaber@wilsonelser.com

2476516v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2018, the foregoing Defendant Moda Health Plan, Inc.'s Notice of Motion to Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's First Amended Complaint was filed through the Court's CM/ECF system, which shall send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

Respectfully submitted,

**MODA HEALTH PLAN, INC.**

By: /s/ David M. Goldhaber

One of its attorneys

David M. Goldhaber
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
312.704.0550
312.704.1522 (facsimile)
David.Goldhaber@wilsonelser.com