UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Susan Nedza, et al.
                                      Plaintiff,

v.                                                                           Case No.: 1:15−cv−06937
                                                                           Honorable Jorge L. Alonso

Providence Health Plan, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 4, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 6/5/18 at 9:30 a.m. and 9/6/18 at 9:30 a.m. Motion hearing held. Defendants' motion for leave to file excess pages instanter [147] is granted. Defendants 9; motion to stay discovery [168] is withdrawn. Defendants' amended motion to stay discovery [170] is taken under advisement. Plaintiffs' response shall be filed by 5/2/18. Defendants' reply in support shall be filed by 5/16/18. Discovery is stayed pending ruling. Defendants' motions to dismiss [101], [133], [144], [149], [152], [157], and [160] are taken under advisement. Plaintiffs' responses shall be filed by 6/4/18. Defendants' replies in support shall be filed by 7/6/18. The court will rule electronically. Parties are given leave to file briefs in excess pages up to 25 pages. Notices mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.