**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Susan Nedza, et al.
                              Plaintiff,

v.                                                    Case No.: 1:15−cv−06937
                                                      Honorable Jorge L. Alonso

Providence Health Plan, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 8, 2018:


    MINUTE entry before the Honorable Jorge L. Alonso: Relator's unopposed motion for leave to file instanter Omnibus' response to Defendants' seven motions to dismiss with excess pages [185] is granted. Motion hearing date of 6/14/18 is stricken. Notices mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.