UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Susan Nedza, et al.
                        Plaintiff,

v.                                            Case No.: 1:15−cv−06937
                                                                     Honorable Jorge L. Alonso

Providence Health Plan, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 19, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Defendants' motion to stay discovery [170] is granted. Plaintiffs' motion for leave to submit supplemental authority in support of her response to Defendants' motion to dismiss [199] is granted. Defendants' oral motion to submit supplement authority is granted. Defendant Priority Health's motion for leave to appear pro hac vice [198] is granted. Attorney David Quinn Gacioch is given leave to file an appearance form on behalf of Defendant Priority Health. Defendants' motions to dismiss are taken under advisement. The court will rule electronically. Status hearing previously set for 9/6/18 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.