**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Susan Nedza, et al.

                              Plaintiff,

v.                                                      Case No.: 1:15−cv−06937
                                                        Honorable Jorge L. Alonso

Providence Health Plan, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 11, 2020:

        MINUTE entry before the Honorable Susan E. Cox: The agreed motion for a protective order [250] is granted in part and denied in part. The Court grants the motion to the extent is seeks entry of a Confidentiality Order and a Qualified Protective Order, but denies it to the extent that the proposed orders do not comply with the Court's form orders for such matters. The parties shall submit proposed orders to the Court's proposed order inbox on or before 6/18/20. The Court will enter those orders, provided that they substantially conform to the Court's form orders. Those form orders can be found on the Court's website at: https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_judges/COX/sec_qual_po.pdf (confidentiality order) and https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_judges/COX/HIPPA%20Sample%20Quali fied%20Protective%20Order.pdf (qualified protective order). Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.