**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Susan Nedza, et al.
                                   Plaintiff,

v.                                                                    Case No.: 1:15−cv−06937
                                                                          Honorable Jorge L. Alonso

Providence Health Plan, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 24, 2020:

      MINUTE entry before the Honorable Susan E. Cox: The Court enters these orders [252] [253] despite the fact that they deviate significantly from the Court's form orders. The Court has reviewed the orders and does not believe that the changes are unlawful, but does not understand the parties' desire to unnecessarily edit form orders that have been ratified by the courts in this district and the Seventh Circuit. The parties are advised to adhere more closely to this Court's rules and standing orders in all future filings or they may be required to re−file any submissions that do not. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.