**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Susan Nedza, et al.

          Plaintiff,

v.                   Case No.: 1:15−cv−06937
                  Honorable Jorge L. Alonso

Providence Health Plan, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 1, 2020:

   MINUTE entry before the Honorable Susan E. Cox: The parties' most recent status report [dkt. 256] indicates they are progressing with discovery. Parties are reminded not to delay with bringing any necessary motion practice related to enforcement of discovery obligations or subpoenas. Parties are to file another status report by 10/15/2020. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.