**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Susan Nedza, et al.
          Plaintiff,

v.                   Case No.: 1:15−cv−06937
                   Honorable Jorge L. Alonso

Providence Health Plan, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 16, 2020:

  MINUTE entry before the Honorable Susan E. Cox: Telephonic Discovery Hearing is reset to 10/21/2020 at 11:00 AM. Call in information is 888−684−8852 and the passcode is 1664086. Counsel shall dial in to the conference call number 5−10 minutes before the hearing begins and mute their microphones until their case is called. The parties may disconnect from the conference call after their case is heard. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.