UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Susan Nedza, et al.
                               Plaintiff,
v.                             Case No.: 1:15−cv−06937
                               Honorable Jorge L. Alonso
Providence Health Plan, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 21, 2020:

    MINUTE entry before the Honorable Susan E. Cox: Discovery hearing held. The temporal scope of discovery is limited from January 1, 2007 through August 17, 2015, for the reasons discussed in open court. The Court may consider arguments to extend the scope at a later date, but believes that the time period ordered here strikes a fair balance between relevance and burden as required under Rule 26(b). As per the Electronically Stored Information (ESI) protocol, the Court rejects Plaintiff's proposed changes to the model ESI protocol adopted by the Seventh Circuit, and orders the parties to move forward with ESI discovery pursuant to the agreed ESI protocol as described in Defendant's discovery conference submission. Status hearing is set for 12/16/20 at 10:00 a.m. Call in information is 888−684−8852 and the passcode is 1664086. Counsel shall dial in to the conference call number 5−10 minutes before the hearing begins and mute their microphones until their case is called. The parties may disconnect from the conference call after their case is heard. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.