UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Susan Nedza, et al.
                              Plaintiff,

v.                                             Case No.: 1:15−cv−06937
                                               Honorable Jorge L. Alonso

Providence Health Plan, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2020:

     MINUTE entry before the Honorable Susan E. Cox: The telephonic status hearing set for 12/16/2020 is hereby stricken. The parties are instead to file an updated joint status report by 12/16/2020. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.