UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States ex rel. Dr. Susan Nedza, | ) | |
| | ) | |
| Plaintiff-Relator, | ) | No.   15-cv-6937 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | Magistrate Judge Susan E. Cox |
| American Imaging Management, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff-Relator Dr. Susan Nedza and Defendant American Imaging Management, Inc. ("AIM"), jointly submit this status report.

I.  Discovery and Pending Motions

   A. No motions are pending.

   B. Discovery is ongoing.

      i. The Parties have served and responded to written discovery consisting of requests for production, interrogatories, and requests for admission. The parties met and conferred on various issues raised by the written discovery, none of which has resulted in current motion practice.

      ii. Both parties have made rolling document productions, which will continue.

      iii. The Court entered an ESI protocol, and the parties continue to comply with its terms and confer in good faith about electronic discovery. The parties recently reached a compromise on custodians and search terms for the ESI search for Relator's initial requests for production. AIM continues ESI collection, review, and production on a rolling basis.

iv. As previously stated, discovery in this case will be extensive, including significant electronic discovery. The Parties anticipate, and have begun, seeking discovery from dozens of third parties, including CMS or other government agencies, which process typically is lengthy.

v. The Parties continue to meet and confer on a number of topics related to discovery and will request an informal discovery conference if one is needed.

vi. The close of fact discovery currently is December 20, 2021. (Dkt. 275).

II. Settlement

A. The Parties have not yet had settlement discussions, and at this time, the Parties do not request a settlement conference.

Dated: May 11, 2021

*Counsel for Defendant American Imaging Management, Inc.*

*/s/ Lisa Noller*
Lisa Noller, lnoller@foley.com
Patrick McMahon, pmcmahon@foley.com
FOLEY & LARDNER, LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
312.832.4500

Michael J. Tuteur, mtuteur@foley.com
Jessica E. Joseph, jjoseph@foley.com
FOLEY & LARDNER, LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199
617.342.4000

Lucie Cohen,
lucie.cohen@nelsonmullins.com
Nelson, Mullins, Riley & Scarborough LLP

*Respectfully Submitted*:

*Counsel for Relator*

*/s/ Matthew J. Piers*
Matthew J. Piers, mpiers@hsplegal.com
Charles Wysong, cwysong@hsplegal.com
Emily Brown, ebrown@hsplegal.com
Tex Pasley, tpasley@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100

Steven Cohen, scohen@cohenlawgroup.com
COHEN LAW GROUP
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Erika Kelton, ekelton@phillipsandcohen.com
Peter Budetti, pbudetti@phillipsandcohen.com

4845-6959-5112.2

| | |
|---|---|
| Meridian, 17th Floor<br>1320 Main St<br>Columbia, SC 29201<br>803.255.9332 | Samuel Brown, sbrown@phillipsandcohen.com<br>PHILLIPS & COHEN LLP<br>2000 Massachusetts Ave. NW<br>Washington, DC 20036<br>202.833.4567 |
| Robert L. Lindholm,<br>robert.lindholm@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP<br>One Wells Fargo Center, 23rd Floor<br>301 College Street<br>Charlotte, NC 28202<br>704.417.3231 | |

4845-6959-5112.2