## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Susan Nedza, et al.

                              Plaintiff,

v.                                                    Case No.: 1:15−cv−06937
                                                                      Honorable Jorge L. Alonso

Providence Health Plan, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 18, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Defendant's Motion for Protective Order [285] is granted. The Court previously limited the temporal scope of discovery in this matter from 1/1/2007 through 8/17/2015 [Dkt. 265]. Although the minute order did not differentiate between discovery exchanged by the parties and third−party discovery pursuant to Rule 45, Plaintiff has presented no compelling arguments why the scope should be different for a Rule 45 subpoena, and the Court holds that the temporal scope applies to both party discovery and third−party discovery. Plaintiff has also not presented sufficient evidence to show why the Court should extend the temporal scope of discovery. In fact, the evidence cited by Plaintiff in opposition to the instant motion addresses changes to the "Medicare Hierarchical Source" for 7/24/15, which is within the current temporal scope of discovery. The Court does not believe that extending the scope of discovery is appropriate at this time, and grants Defendant's motion. The Court has also reviewed the parties' joint status report [Dkt. 291.] The fact discovery deadline remains set for 12/20/21; the Court will only grant an extension to this deadline on a written motion and with good cause shown. The parties are ordered to file an updated joint status report on 10/13/21. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.