UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States ex rel. Dr. Susan Nedza, ) | | |
| ) | | |
| Plaintiff-Relator, ) | No. | 15-cv-6937 |
| ) | | |
| v. ) | Judge Jorge L. Alonso | |
| ) | Magistrate Judge Susan E. Cox | |
| American Imaging Management, Inc. ) | | |
| ) | | |
| Defendant. ) | | |

**JOINT STATUS REPORT**

Plaintiff-Relator Dr. Susan Nedza and Defendant American Imaging Management, Inc. ("AIM"), jointly submit this status report.

I. <u>Discovery and Pending Motions</u>

    A. There are no pending motions.

    B. Discovery is ongoing.

        i. The Parties have served and responded to written discovery consisting of requests for production, interrogatories, and requests for admission. The parties met and conferred on various issues raised by the written discovery, none of which has resulted in current motion practice.

        ii. Both parties have made rolling document productions, which will continue.

        iii. The Court entered an ESI protocol, and the parties continue to comply with its terms and confer in good faith about electronic discovery. AIM continues ESI collection, review, and production on a rolling basis.

        iv. As previously stated, discovery in this case is extensive, including significant electronic discovery. The Parties have been seeking discovery from dozens of third parties, including Medicare Advantage Plans and

     insurance companies. Most recently, on August 25, Relator served 26 subpoenas on Anthem, Inc. and several of its subsidiaries.

  v.  The Parties continue to meet and confer on a number of topics related to discovery including production, privilege logs, and other topics. The Parties will request an informal discovery conference if one is needed.

  vi.  The close of fact discovery currently is March 31, 2022. (Dkt. 294, 298).

II. <u>Settlement</u>

  A. Relator served an initial settlement demand and AIM has since provided a counter-offer. The parties have also agreed to proceed to a mediation on November 15, 2021.

Dated: October 13, 2021

*Counsel for Defendant American Imaging Management, Inc.*

*/s/ Lisa Noller*
Lisa Noller, lnoller@foley.com
Patrick McMahon, pmcmahon@foley.com
Mason Roberts, mroberts@foley.com
FOLEY & LARDNER, LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
312.832.4500

Michael J. Tuteur, mtuteur@foley.com
Jessica E. Joseph, jjoseph@foley.com
FOLEY & LARDNER, LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199
617.342.4000

Lucie Cohen,
lucie.cohen@nelsonmullins.com
Nelson, Mullins, Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main St
Columbia, SC 29201

*Respectfully Submitted*:

*Counsel for Relator*

*/s/ Charles Wysong*
Matthew J. Piers, mpiers@hsplegal.com
Charles Wysong, cwysong@hsplegal.com
Emily Brown, ebrown@hsplegal.com
Tex Pasley, tpasley@hsplegal.com
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100

Steven Cohen, scohen@cohenlawgroup.com
COHEN LAW GROUP
70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Erika Kelton, ekelton@phillipsandcohen.com
Peter Budetti, pbudetti@phillipsandcohen.com
Samuel Brown, sbrown@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Ave. NW
Washington, DC 20036

803.255.9332                                             202.833.4567

Robert L. Lindholm,
robert.lindholm@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Wells Fargo Center, 23rd Floor
301 College Street
Charlotte, NC 28202
704.417.3231