UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Susan Nedza, et al.
                    Plaintiff,

v.                                          Case No.: 1:15−cv−06937
                                            Honorable Jorge L. Alonso

Providence Health Plan, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 14, 2021:

    MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report, which states that they have agreed to proceed to a mediation on 11/15/21. The parties are ordered to file an updated joint status report on 11/22/21. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.