UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ex rel. DR. SUSAN NEDZA, <br><br> Relator, <br><br> v. <br><br> AMERICAN IMAGING MANAGEMENT, INC., <br><br> Defendant. | Case No. 15-cv-6937 <br><br> Judge Alonso <br> Magistrate Judge Cox |

**JOINT STATUS REPORT AND REQUEST FOR STAY OF DISCOVERY**

Plaintiff-Relator and Defendant AIM have reached an agreement in principle to resolve this case, subject to the United States' approval. Per that agreement, the Parties jointly request a stay of discovery pending the finalization of the settlement of this case.

Dated: November 22, 2021                                           Respectfully submitted,

*Counsel for Defendant American Imaging Management, Inc.*

/s/ Lisa Noller                                         .
Lisa Noller, lnoller@foley.com
Patrick McMahon, pmcmahon@foley.com
Mason Roberts, mroberts@foley.com
Foley & Lardner, LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
312.832.4500

Michael J. Tuteur, mtuteur@foley.com
Jessica E. Joseph, jjoseph@foley.com
Foley & Lardner, LLP

*Counsel for Relator*

/s/ Charles Wysong                                         .
Matthew J. Piers, mpiers@hsplegal.com
Charles Wysong, cwysong@hsplegal.com
Emily Brown, ebrown@hsplegal.com
Tex Pasley, tpasley@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
312.580.0100

Steven Cohen, scohen@cohenlawgroup.com
Cohen Law Group

1

111 Huntington Avenue, Suite 2600
Boston, MA 02199
617.342.4000

Lucie Cohen,
lucie.cohen@nelsonmullins.com
Nelson, Mullins, Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main St
Columbia, SC 29201
803.255.9332

Robert L. Lindholm,
robert.lindholm@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Wells Fargo Center, 23rd Floor
301 College Street
Charlotte, NC 28202
704.417.3231

70 West Madison Street, Suite 4000
Chicago IL 60602
312.327.8800

Erika Kelton, ekelton@phillipsandcohen.com
Peter Budetti, pbudetti@phillipsandcohen.com
Samuel Brown, sbrown@phillipsandcohen.com
Phillips & Cohen LLP
2000 Massachusetts Ave. NW
Washington, DC 20036
202.833.4567

## CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2021, a copy of the foregoing **JOINT STATUS REPORT AND REQUEST FOR STAY OF DISCOVERY** was served electronically to all persons identified on the Service List below.

    Lisa Noller, lnoller@foley.com
    Patrick McMahon, pmcmahon@foley.com
    Mason D. Roberts, mroberts@foley.com
    FOLEY & LARDNER, LLP
    321 North Clark Street, Suite 3000
    Chicago, IL 60654
    312.832.4500

    Michael J. Tuteur, mtuteur@foley.com
    Jessica E. Joseph, jjoseph@foley.com
    FOLEY & LARDNER, LLP
    111 Huntington Avenue, Suite 2600
    Boston, MA 02199
    617.342.4000

    Lucie Cohen, lucie.cohen@nelsonmullins.com
    Nelson, Mullins, Riley & Scarborough LLP
    Meridian, 17th Floor
    1320 Main St
    Columbia, SC 29201
    803.255.9332

    Robert L. Lindholm, robert.lindholm@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    One Wells Fargo Center, 23rd Floor
    301 College Street
    Charlotte, NC 28202
    704.417.3231

                                              /s/ *Charles Wysong*
                                                cwysong@hsplegal.com