# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Susan Nedza, et al.

                    Plaintiff,

v.                                           Case No.: 1:15−cv−06937
                                                       Honorable Jorge L. Alonso

Providence Health Plan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 23, 2021:

      MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report. The parties have resolved the case and plan to file dismissal paperwork in the near future. All matters relating to the referral of this action are resolved; this case is returned to the assigned judge. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.